# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 98-618V
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * *

WENDELL LEE COPELAND
and KAREN COPELAND, as
parents of K.C.C., a minor,

         Petitioners,

      v.

SECRETARY OF HEALTH AND
HUMAN SERVICES

         Respondent.

* * * * * * * * * * * * * * * * * * * * * * * * *

Filed: March 31, 2015

Decision on Attorneys'
Fees and Costs

**DECISION (ATTORNEY FEES AND COSTS)**

     In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on August 7, 2014. On March 27, 2015, the parties filed a Stipulation Regarding Final Attorneys' Fees and Costs in this matter. The parties' stipulation requests a total payment of $52,750.00, representing attorneys' fees and costs for work performed by the law firm of Clifford J. Shoemaker.

     I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $52,750.00 as a lump sum in the form of a check payable jointly to petitioners and petitioners' counsel, Clifford J. Shoemaker.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.